UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

PEDRO J PEREZ
MARIA PEREZ
DEBTORS                                    /

CASE NO.: 10-12196-BKC-RAM
PROCEEDING UNDER CHAPTER 13

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$1,491.70** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 7-27-17

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

PEDRO J PEREZ
MARIA PEREZ
501 SW 1 ST #302
MIAMI, FL 33130

DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

PEDRO J PEREZ
501 SW 1 ST #302
MIAMI, FL 33130

MARIA PEREZ
501 SW 1 ST #302
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 10-12196-BKC-RAM

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH THE
UNITED STATES BANKRUPTCY COURT CLERK**

<u>**ATTACHMENT - LISTING OF CLAIMANT**</u>

**CASE NO.: 10-12196-BKC-RAM**

| | |
|---|---:|
| PEDRO J PEREZ<br>501 SW 1 ST #302<br>MIAMI, FL  33130 | $1,491.70 |
| MARIA PEREZ<br>501 SW 1 ST #302<br>MIAMI, FL  33130 | |